# Supreme Court of Kentucky

2022-SC-0515-DG

ANTHEM KENTUCKY MANAGED CARE                     APPELLANT
PLAN, INC.

|  | ON REVIEW FROM COURT OF APPEALS |
|---|---|
| V. | CASE NOS. 2021-CA-0806, 2021-CA-0819, 2021-CA-0822, 2021-CA-0824, 2021-CA-0847, 2021-CA-0849 & 2021-CA-0855 FRANKLIN CIRCUIT COURT NO. 20-CI-00719 |

MOLINA HEALTHCARE OF KENTUCKY,                    APPELLEES
INC., ET AL.

## ORDER

This matter having come before the Court for oral argument on March 7, 2024, and the vote of the six members of this Court participating in the determination of this appeal being equally divided, pursuant to Supreme Court Rule (SCR) 1.020, the opinion of the Court of Appeals hereby stands affirmed. Pursuant to RAP 40(D)(2), the Court further orders that the opinion of the Court of Appeals shall not be published.

Bisig, Conley, and Keller, JJ., would affirm the opinion of the Court of Appeals. VanMeter, C.J.; Lambert, and Nickell, JJ., would reverse the opinion of the Court of Appeals. Thompson, J., not sitting.

ENTERED: March 14, 2024.

_____
CHIEF JUSTICE